```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 18-01810-RNO
Magdalena G Lucero                                             Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: MMchugh                 Page 1 of 2                Date Rcvd: Jun 06, 2018
                              Form ID: ntcnfhrg             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
```
db             +Magdalena G Lucero,    340 Lamont Way,    Tobyhanna, PA 18466-8247
5054796        +Agusto Lucero,    1594 Blackbirch Way,    Tobyhanna, PA 18466-3638
5054797        +Aldridge Pite, LLP,    3575 Piedmont Rd., N.E.,,    Ste 500,    Atlanta, GA 30305-1636
5054799        +Carrington Mortgage Svc LLC,    P.O. Box 3010,    Anaheim, CA 92803-3010
5054800         Comenity Bank/ANTYLRMC,    PO Box 182789,    Columbus, OH 43218-2789
5054801        +Comenity Bank/NWYRK & CO,    PO Box 182789,    Columbus, OH 43218-2789
5054802        +Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
5061250        +Granite State Management,    and Resources on Behalf,    of the U.S. Dept. of Educ.,
                 PO Box 3420,    Concord, NH 03302-3420
5054803        +Granite State Mgmt,    P.O. Box 3420,    Concord, NH 03302-3420
5054812        +TD Bank USA/Target Credit,    P.O. Box 673,    Minneapolis, MN 55440-0673
5054813        +The Home Depot/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
5057644        +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5054798        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2018 19:29:54     Capital One Bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5054800         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:33     Comenity Bank/ANTYLRMC,
                 PO Box 182789,    Columbus, OH 43218-2789
5054801        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:33     Comenity Bank/NWYRK & CO,
                 PO Box 182789,    Columbus, OH 43218-2789
5054802        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2018 19:32:33
                 Comenity Bank/Victorias Secret,    PO Box 182789,    Columbus, OH 43218-2789
5054804         E-mail/Text: bankruptcynotice@nymcu.org Jun 06 2018 19:33:06     Municipal Credit Union,
                 185 Montague St,    Brooklyn, NY 11201
5061409         E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:30:05     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
5054805        +E-mail/PDF: cbp@onemainfinancial.com Jun 06 2018 19:29:48     Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
5056630        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 19:30:34
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5065902         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 19:32:43
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5054806         E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:51     SYNCB/Amazon,    P.O. Box 965015,
                 Orlando, FL 32896-5015
5054807        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:28     SYNCB/GAP,    PO Box 965005,
                 Orlando, FL 32896-5005
5054808         E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:28     SYNCB/JC Penney,
                 P. O. Box 965007,    Orlando, FL 32896-5007
5054809        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:30:29     SYNCB/Lowes,    P.O Box 965005,
                 Orlando, FL 32896-5005
5054810        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:51     SYNCB/SAMS,    PO Box 965005,
                 Orlando, FL 32896-5005
5054811        +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 19:29:51     SYNCB/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
5054814        +E-mail/Text: Bankruptcy@wsfsbank.com Jun 06 2018 19:33:18
                 Wilmington Savings Fund Society, FS,    PO Box 1889,    Wilmington, DE 19899-1889
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        James    Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST C bkgroup@kmllawgroup.com
        Timothy B. Fisher, II    on behalf of Debtor 1 Magdalena G Lucero donna.kau@pocono-lawyers.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                          TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Magdalena G Lucero,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:18–bk–01810–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US<br>Courthouse, 197 South Main<br>Street, Wilkes–Barre, PA 18701 | Date: July 17, 2018<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 6, 2018 |

ntcnfhrg (03/18)