```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 18-01810-RNO
Magdalena G Lucero                                              Chapter 13
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0314-5        User: MMchugh              Page 1 of 1        Date Rcvd: Nov 16, 2018
                            Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
              +Josefina Lucero,    340 Lamont Way,    Tobyhanna, PA 18466-8247

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
               STANWICH MORTGAGE LOAN TRUST C bkgroup@kmllawgroup.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Magdalena G Lucero donna.kau@pocono-lawyers.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

Case 5:18-bk-01810-RNO    Doc 30    Filed 11/18/18    Entered 11/19/18 00:46:44    Desc
                      Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Magdalena G Lucero<br>     Debtor | CHAPTER 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB,<br>AS TRUSTEE OF STANWICH MORTGAGE<br>LOAN TRUST C<br>     Movant<br>  v.<br>Magdalena G Lucero    Respondent<br>   and<br>Josefina Lucero<br>Charles J. DeHart, III Esq.<br>   Additional Respondents | NO. 18-01810 RNO<br><br>11 U.S.C. Sections 362 and 1301 |

**ORDER**

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 340 Lamont Way, Tobyhanna, PA 18466 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

Dated: November 16, 2018    By the Court,

                   /s/ Robert N. Opel, II
                   Robert N. Opel, II, Chief Bankruptcy Judge  TR