```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania

In re:                                                  Case No. 18-01810-RNO
Magdalena G Lucero                                      Chapter 13
        Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5         User: MichaelMc       Page 1 of 2        Date Rcvd: Jan 09, 2020
                             Form ID: ordsmiss      Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db              +Magdalena G Lucero,   340 Lamont Way,   Tobyhanna, PA 18466-8247
5054796         +Agusto Lucero,   1594 Blackbirch Way,   Tobyhanna, PA 18466-3638
5054797         +Aldridge Pite, LLP,   3575 Piedmont Rd., N.E.,,   Ste 500,   Atlanta, GA 30305-1636
5075903         +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
5054799         +Carrington Mortgage Svc LLC,   P.O. Box 3010,   Anaheim, CA 92803-3010
5061250         +Granite State Management,   and Resources on Behalf,   of the U.S. Dept. of Educ.,
                  PO Box 3420,   Concord, NH 03302-3420
5054803         +Granite State Mgmt,   P.O. Box 3420,   Concord, NH 03302-3420
5057644         +U.S. Department of Housing and Urban Development,   451 7th Street S.W.,
                  Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +EDI: PRA.COM Jan 09 2020 22:08:00     PRA  Receivables Management LLC,   POB 41067,
                  Norfolk, VA 23541-1067
5054798         +EDI: CAPITALONE.COM Jan 09 2020 22:08:00     Capital One Bank,   PO Box 30281,
                  Salt Lake City, UT 84130-0281
5054800          EDI: WFNNB.COM Jan 09 2020 22:08:00     Comenity Bank/ANTYLRMC,   PO Box 182789,
                  Columbus, OH 43218-2789
5054801         +EDI: WFNNB.COM Jan 09 2020 22:08:00     Comenity Bank/NWYRK & CO,   PO Box 182789,
                  Columbus, OH 43218-2789
5054802         +EDI: WFNNB.COM Jan 09 2020 22:08:00     Comenity Bank/Victorias Secret,   PO Box 182789,
                  Columbus, OH 43218-2789
5074196          E-mail/Text: bankruptcynotice@nymcu.org Jan 09 2020 17:07:51     MUNICIPAL CREDIT UNION,
                  22 CORTLANDT ST 24 FL,   NEW YORK, NY 10007-3145
5054804          E-mail/Text: bankruptcynotice@nymcu.org Jan 09 2020 17:07:52     Municipal Credit Union,
                  185 Montague St,   Brooklyn, NY 11201
5080394         +EDI: MID8.COM Jan 09 2020 22:08:00     Midland Funding LLC,   PO Box 2011,
                  Warren, MI 48090-2011
5061409          EDI: AGFINANCE.COM Jan 09 2020 22:08:00     ONEMAIN,   P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
5054805         +EDI: AGFINANCE.COM Jan 09 2020 22:08:00     Onemain,   PO Box 1010,   Evansville, IN 47706-1010
5140777          EDI: PRA.COM Jan 09 2020 22:08:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                  Norfolk, VA 23541
5140778          EDI: PRA.COM Jan 09 2020 22:08:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                  Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
5056630         +EDI: PRA.COM Jan 09 2020 22:08:00     PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
5065902          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 17:07:37
                  Pennsylvania Department of Revenue,   Bankruptcy Division, PO Box 280946,
                  Harrisburg PA 17128-0946
5078676          EDI: Q3G.COM Jan 09 2020 22:08:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                  PO Box 788,   Kirkland, WA  98083-0788
5075095          EDI: Q3G.COM Jan 09 2020 22:08:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
5054806          EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/Amazon,   P.O. Box 965015,
                  Orlando, FL 32896-5015
5054807         +EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/GAP,   PO Box 965005,   Orlando, FL 32896-5005
5054808          EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/JC Penney,   P. O. Box 965007,
                  Orlando, FL 32896-5007
5054809         +EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/Lowes,   P.O Box  965005,   Orlando, FL 32896-5005
5054810         +EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/SAMS,   PO Box 965005,   Orlando, FL 32896-5005
5054811         +EDI: RMSC.COM Jan 09 2020 22:08:00     SYNCB/Walmart,   PO Box 965024,   Orlando, FL 32896-5024
5054812         +EDI: WTRRNBANK.COM Jan 09 2020 22:08:00     TD Bank USA/Target Credit,   P.O. Box 673,
                  Minneapolis, MN 55440-0673
5054813         +EDI: CITICORP.COM Jan 09 2020 22:08:00     The Home Depot/CBNA,   P.O. Box 6497,
                  Sioux Falls, SD 57117-6497
5054814         +E-mail/Text: Bankruptcy@wsfsbank.com Jan 09 2020 17:08:04
                  Wilmington Savings Fund Society, FS,   PO Box 1889,   Wilmington, DE 19899-1889
                                                                              TOTAL: 25

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                     TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF
           STANWICH MORTGAGE LOAN TRUST C bkgroup@kmllawgroup.com
          Timothy B. Fisher, II   on behalf of Debtor 1 Magdalena G Lucero donna.kau@pocono-lawyers.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Magdalena G Lucero,                                          Chapter         13

    **Debtor 1**

Case No.        5:18–bk–01810–RNO

## **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated:  January 9, 2020                                      By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

ordsmiss (05/18)